IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02743-LTB

KIILLIU FORD, also known as
KILLIU FORD,

    Plaintiff,

v.

TODD WILCOX, individually and in his official capacity of the Federal Bureau of
    Investigations,
COLEAN COVELL, individually and in her official capacity [as] United States
    Assistant Attorney, and
SUNEETA HAZRA, individually and in her offical [sic] capacity [as] United States
    Assistant Attorney,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 15, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 15 day of February, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ S. Grimm
                      Deputy Clerk